**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BSG TECH LLC,<br><br>Plaintiff,<br><br>v.<br><br>OpticsPlanet, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:15-cv-1153<br><br>JURY TRIAL DEMANDED |

## ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM

Defendant OpticsPlanet, Inc. ("OpticsPlanet") hereby answers Plaintiff BSG Tech LLC's ("BSG's") Complaint for Patent Infringement (the "Complaint"), denying BSG's allegations and averments except as expressly admitted herein.

## I. THE PARTIES

1. OpticsPlanet has insufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 1 of the Complaint and therefore denies the same.

2. OpticsPlanet admits the allegations of Paragraph 2 of the Complaint.

## II. JURISDICTION AND VENUE

3. OpticsPlanet admits that the Complaint purports to set forth a claim for patent infringement under Title 35 of the United States Code and that this Court has subject matter jurisdiction over this action, but otherwise denies the allegations of Paragraph 3 of the Complaint.

4. OpticsPlanet admits that it has transacted business in this district, but otherwise denies the allegations of Paragraph 4 of the Complaint.

5. OpticsPlanet admits that its website can be accessed from this district and that it has delivered product to this district, but otherwise denies the allegations of Paragraph 5 of the Complaint.

6. OpticsPlanet admits that its website can be accessed from this district and that it has delivered product to this district, but otherwise denies the allegations of Paragraph 6 of the Complaint.

7. OpticsPlanet admits that it has transacted business in this district, but otherwise denies the allegations of Paragraph 7 of the Complaint.

## III. COUNT I
## (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 6,035,294)

8. OpticsPlanet incorporates its responses to Paragraphs 1-7 by reference.

9. OpticsPlanet admits that U.S. Patent No. 6,035,294 is titled "Wide Access Databases and Database Systems" and indicates on its face that it issued on March 7, 2000. OpticsPlanet has insufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 9 of the Complaint and therefore denies the same.

10. OpticsPlanet has insufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 10 of the Complaint and therefore denies the same.

11. OpticsPlanet has insufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 11 of the Complaint and therefore denies the same.

12. OpticsPlanet denies the allegations of Paragraph 12 of the Complaint.

## IV. COUNT II
## (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 6,195,652)

13. OpticsPlanet incorporates its responses to Paragraphs 1-12 by reference.

14. OpticsPlanet admits that U.S. Patent No. 6,195,652 is titled "Self-Evolving Database and Method of Using Same" and indicates on its face that it issued on February 27, 2001. OpticsPlanet has insufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 14 of the Complaint and therefore denies the same.

15. OpticsPlanet has insufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 15 of the Complaint and therefore denies the same.

16. OpticsPlanet has insufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 16 of the Complaint and therefore denies the same.

17. OpticsPlanet denies the allegations of Paragraph 17 of the Complaint.

## V. COUNT III
## (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 6,234,699)

18. OpticsPlanet incorporates its responses to Paragraphs 1-17 by reference.

19. OpticsPlanet admits that U.S. Patent No. 6,243,699 is titled "Systems and Methods of Indexing and Retrieving Data" and indicates on its face that it issued on June 5, 2001. OpticsPlanet has insufficient knowledge or information to form a belief as to the truth of the remaining allegations of Paragraph 19 of the Complaint and therefore denies the same.

20. OpticsPlanet has insufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 20 of the Complaint and therefore denies the same.

21. OpticsPlanet has insufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 21 of the Complaint and therefore denies the same.

22. OpticsPlanet denies the allegations of Paragraph 22 of the Complaint.

23. OpticsPlanet denies the allegations of Paragraph 23 of the Complaint.

24. OpticsPlanet denies the allegations of Paragraph 24 of the Complaint.

25. OpticsPlanet denies the allegations of Paragraph 25 of the Complaint.

## VI. JURY DEMAND

BSG's request for a trial by jury does not require a response. To the extent that this paragraph contains any allegations and/or averments directed to OpticsPlanet, they are denied.

## VII. PRAYER FOR RELIEF

BSG's prayer for relief does not require a response, but OpticsPlanet denies that BSG is entitled to any relief whatsoever. To the extent that this paragraph contains any allegations and/or averments directed to OpticsPlanet, they are denied.

## OPTICSPLANET'S DEFENSES

Subject to the responses above, and further answering the Complaint, OpticsPlanet asserts the following defenses in response to the allegations of the Complaint, undertaking the burden of proof only as to those defenses required by law, regardless of how such defenses are denominated herein:

### First Affirmative Defense

OpticsPlanet has not infringed any valid and enforceable claim of U.S. Patent Nos. 6,035,294, 6,195,652, or 6,243,699, and is not liable for infringement thereof.

### Second Affirmative Defense

The claims of U.S. Patent Nos. 6,035,294, 6,195,652, or 6,243,699 are invalid for failure to meet the conditions for patentability set forth in 35 U.S.C. §§ 101 *et seq.*, including without limitation 35 U.S.C. §§ 101, 102, 103 and 112.

### Third Affirmative Defense

On information and belief, BSG's claims are barred, in whole or in part, by the doctrine of prosecution history estoppel.

### Fourth Affirmative Defense

On information and belief, BSG's claims are barred, in whole or in part, by the doctrines

of laches, waiver, acquiescence, equitable estoppel, and/or other equitable defenses.

**Fifth Affirmative Defense**

On information and belief, BSG's claims are barred, in whole or in part, by the doctrines of laches, waiver, acquiescence, equitable estoppel, and/or other equitable defenses.

**Sixth Affirmative Defense**

On information and belief, BSG's claim for damages is barred or limited by 35 U.S.C. § 287.

**OPTICSPLANET'S COUNTERCLAIM**

For its Counterclaim against BSG Tech LLC ("BSG"), Defendant OpticsPlanet, Inc. ("OpticsPlanet") states as follows:

1. OpticsPlanet is a corporation organized and existing under the laws of the State of Illinois, having a principal place of business in Northbrook, Illinois.

2. Upon information and belief, BSG is a Texas limited liability company, having a principal place of business in Plano, Texas.

3. This counterclaim arises under the Patent Act of 1952, 35 U.S.C. §§ 1 *et seq*., and under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 *et seq*. This Court has subject matter jurisdiction to hear this action under 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202.

4. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), 1391(c) and 139 (d).

**Count I**
**Declaration of Invalidity of U.S. Patent No. 6,035,294 ("the '294 Patent")**

5. OpticsPlanet incorporates and realleges the allegations in paragraphs 1-4 of its Counterclaim.

6. BSG has alleged that OpticsPlanet infringes the '294 Patent.

7. The claims of the ‘294 Patent are invalid for failure to meet the conditions for patentability set forth in 35 U.S.C. §§ 101 *et seq.*, including without limitation 35 U.S.C. §§ 101, 102, 103 and 112.

8. By reason of the foregoing, a conflict of asserted rights has arisen and a justifiable controversy exists between BSG and OpticsPlanet with regard to the allegation of validity of the ‘294 Patent.

9. OpticsPlanet hereby requests a declaratory judgment of invalidity of the ‘294 Patent.

**Count II**
**Declaration of Non-Infringement of the ‘294 Patent**

10. OpticsPlanet incorporates and realleges the allegations in paragraphs 1-4 of its Counterclaim.

11. BSG has alleged that OpticsPlanet infringes the ‘294 Patent.

12. OpticsPlanet has not infringed any valid and enforceable claim of the ‘294 Patent and is not liable for infringement thereof.

13. By reason of the foregoing, a conflict of asserted rights has arisen and a justifiable controversy exists between BSG and OpticsPlanet with regard to the allegation of infringement of the ‘294 Patent.

14. OpticsPlanet hereby requests a declaratory judgment of noninfringement of the ‘294 Patent.

**Count III**
**Declaration of Invalidity of U.S. Patent No. 6,195,652 (“the ‘652 Patent”)**

15. OpticsPlanet incorporates and realleges the allegations in paragraphs 1-4 of its Counterclaim.

16. BSG has alleged that OpticsPlanet infringes the ‘652 Patent.

17. The claims of the '652 Patent are invalid for failure to meet the conditions for patentability set forth in 35 U.S.C. §§ 101 *et seq.*, including without limitation 35 U.S.C. §§ 101, 102, 103 and 112.

18. By reason of the foregoing, a conflict of asserted rights has arisen and a justifiable controversy exists between BSG and OpticsPlanet with regard to the allegation of validity of the '652 Patent.

19. OpticsPlanet hereby requests a declaratory judgment of invalidity of the '652 Patent.

**Count IV**
**Declaration of Non-Infringement of the '652 Patent**

20. OpticsPlanet incorporates and realleges the allegations in paragraphs 1-4 of its Counterclaim.

21. BSG has alleged that OpticsPlanet infringes the '652 Patent.

22. OpticsPlanet has not infringed any valid and enforceable claim of the '652 Patent and is not liable for infringement thereof.

23. By reason of the foregoing, a conflict of asserted rights has arisen and a justifiable controversy exists between BSG and OpticsPlanet with regard to the allegation of infringement of the '652 Patent.

24. OpticsPlanet hereby requests a declaratory judgment of noninfringement of the '652 Patent.

**Count V**
**Declaration of Invalidity of U.S. Patent No. 6,243,699 ("the '699 Patent")**

25. OpticsPlanet incorporates and realleges the allegations in paragraphs 1-4 of its Counterclaim.

26. BSG has alleged that OpticsPlanet infringes the '699 Patent.

27. The claims of the ‘699 Patent are invalid for failure to meet the conditions for patentability set forth in 35 U.S.C. §§ 101 *et seq.*, including without limitation 35 U.S.C. §§ 101, 102, 103 and 112.

28. By reason of the foregoing, a conflict of asserted rights has arisen and a justifiable controversy exists between BSG and OpticsPlanet with regard to the allegation of validity of the ‘699 Patent.

29. OpticsPlanet hereby requests a declaratory judgment of invalidity of the ‘699 Patent.

## Count VI
## Declaration of Non-Infringement of the ‘699 Patent

30. OpticsPlanet incorporates and realleges the allegations in paragraphs 1-4 of its Counterclaim.

31. BSG has alleged that OpticsPlanet infringes the ‘699 Patent.

32. OpticsPlanet has not infringed any valid and enforceable claim of the ‘699 Patent and is not liable for infringement thereof.

33. By reason of the foregoing, a conflict of asserted rights has arisen and a justifiable controversy exists between BSG and OpticsPlanet with regard to the allegation of infringement of the ‘699 Patent.

34. OpticsPlanet hereby requests a declaratory judgment of noninfringement of the ‘699 Patent.

## PRAYER FOR RELIEF

Wherefore, OpticsPlanet, Inc. prays for relief against BSG Tech LLC as follows:

A. That judgment be entered against BSG and in favor of OpticsPlanet on the claims set forth in the Original Complaint filed by BSG;

B. That this Court find and declare that the ‘294 Patent, ‘652 Patent, and ‘699 Patents are not infringed by OpticsPlanet;

C. That this Court find and declare that the the ‘294 Patent, ‘652 Patent, and ‘699 Patents are invalid pursuant to one or more of the patent laws of the United States, including 35 U.S.C. §§ 101, 102, 103, and/or 112 *et seq*;

D. That this Court find that this is an exceptional case and award OpticsPlanet its attorneys’ fees pursuant to 35 U.S.C. § 285; and

E. That this Court grant OpticsPlanet such other and further relief as the Court may deem just and proper under the circumstances.

**DEMAND FOR JURY TRIAL**

35. OpticsPlanet demands a trial by jury on all issues so triable.

Dated: September 4, 2015

Respectfully submitted,

*/s/ Michael E. Jones*
Michael E Jones
SBN 10929400
POTTER MINTON, PC
110 North College
Suite 500
Tyler, TX 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846
mikejones@potterminton.com

Kevin C. May (*pro hac* pending)
Mike R. Turner
Neal, Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 269-8000

*Attorneys for OpticsPlanet, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 4th day of September, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Michael E. Jones