**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **BSG TECH LLC,**<br><br>Plaintiff,<br>v.<br><br>**OPTICSPLANET, INC.,**<br><br>Defendant. | CIVIL ACTION NO. 2:15-cv-1153-RWS<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF BSG TECH LLC'S ANSWER TO THE COUNTERCLAIMS OF OPTICSPLANET, INC.**

Plaintiff BSG Tech LLC ("BSG Tech") hereby answers the counterclaims [Dkt. No. 9] of OpticsPlanet, Inc. ("OpticsPlanet" or "Defendant"), by corresponding paragraph number as follows:

## ANSWER TO OPTICSPLANET, INC.'S COUNTERCLAIMS

1. BSG Tech has insufficient information or knowledge to form a belief as to the truth of the matter asserted in Paragraph 1 of the Counterclaim and therefore denies the assertions in the paragraph.

2. Admitted.

3. Admitted.

4. BSG Tech admits that venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c) but otherwise denies the allegations in this paragraph.

## COUNT I: DECLARATION OF INVALIDITY OF U.S. PATENT NO. 6.035,294 ("THE '294 PATENT")

5. BSG Tech incorporates by reference its responses in paragraphs 1-4 of its Answer to the Counterclaims as if fully set forth herein.

6. Admitted.

7. Denied.

8. BSG Tech admits that a conflict has arisen and a justifiable controversy exists between BSG Tech and OpticsPlanet with regard to the allegation of invalidity of the '294 patent; however BSG Tech denies the remaining allegations in the paragraph.

9. BSG Tech admits that OpticsPlanet requests a declaratory judgment of invalidity of the '294 patent; however, BSG Tech denies that the Court should grant such declaration, denies the OpticsPlanet is entitled to any relief, and otherwise denies the allegations.

**COUNT II:**
**DECLARATION OF NON-INFRINGEMENT OF THE '294 PATENT**

10. BSG Tech incorporates by reference its responses in paragraphs 1-4 of its Answer to the Counterclaims as if fully set forth herein.

11. Admitted.

12. Denied.

13. BSG Tech admits that a conflict has arisen and a justifiable controversy exists between BSG Tech and OpticsPlanet with regard to the allegation of infringement of the '294 patent; however BSG Tech denies the remaining allegations in the paragraph.

14. BSG Tech admits that OpticsPlanet requests a declaratory judgment of noninfringement of the '294 patent; however, BSG Tech denies that the Court should grant such declaration, denies the OpticsPlanet is entitled to any relief, and otherwise denies the allegations.

**COUNT III:**
**DECLARATION OF INVALIDITY OF**
**U.S. PATENT NO. 6.195,652 ("THE '652 PATENT")**

15. BSG Tech incorporates by reference its responses in paragraphs 1-4 of its Answer to the Counterclaims as if fully set forth herein.

16. Admitted.

17. Denied.

18. BSG Tech admits that a conflict has arisen and a justifiable controversy exists between BSG Tech and OpticsPlanet with regard to the allegation of invalidity of the '652 patent; however BSG Tech denies the remaining allegations in the paragraph.

19. BSG Tech admits that OpticsPlanet requests a declaratory judgment of invalidity of the '652 patent; however, BSG Tech denies that the Court should grant such declaration, denies the OpticsPlanet is entitled to any relief, and otherwise denies the allegations.

**COUNT IV:**
**DECLARATION OF NON-INFRINGEMENT OF THE '652 PATENT**

20. BSG Tech incorporates by reference its responses in paragraphs 1-4 of its Answer to the Counterclaims as if fully set forth herein.

21. Admitted.

22. Denied.

23. BSG Tech admits that a conflict has arisen and a justifiable controversy exists between BSG Tech and OpticsPlanet with regard to the allegation of infringement of the '652 patent; however BSG Tech denies the remaining allegations in the paragraph.

24. BSG Tech admits that OpticsPlanet requests a declaratory judgment of noninfringement of the '652 patent; however, BSG Tech denies that the Court should grant such declaration, denies the OpticsPlanet is entitled to any relief, and otherwise denies the allegations.

**COUNT V:**
**DECLARATION OF INVALIDITY OF**
**U.S. PATENT NO. 6.243,699 ("THE '699 PATENT")**

25. BSG Tech incorporates by reference its responses in paragraphs 1-4 of its Answer to the Counterclaims as if fully set forth herein.

26. Admitted.

27. Denied.

28. BSG Tech admits that a conflict has arisen and a justifiable controversy exists between BSG Tech and OpticsPlanet with regard to the allegation of invalidity of the '699 patent; however BSG Tech denies the remaining allegations in the paragraph.

29. BSG Tech admits that OpticsPlanet requests a declaratory judgment of invalidity of the '699 patent; however, BSG Tech denies that the Court should grant such declaration, denies the OpticsPlanet is entitled to any relief, and otherwise denies the allegations.

## COUNT VI: DECLARATION OF NON-INFRINGEMENT OF THE '699 PATENT

30. BSG Tech incorporates by reference its responses in paragraphs 1-4 of its Answer to the Counterclaims as if fully set forth herein.

31. Admitted.

32. Denied.

33. BSG Tech admits that a conflict has arisen and a justifiable controversy exists between BSG Tech and OpticsPlanet with regard to the allegation of infringement of the '699 patent; however BSG Tech denies the remaining allegations in the paragraph.

34. BSG Tech admits that OpticsPlanet requests a declaratory judgment of noninfringement of the '699 patent; however, BSG Tech denies that the Court should grant such declaration, denies the OpticsPlanet is entitled to any relief, and otherwise denies the allegations.

## OPTICSPLANET'S PRAYER FOR RELIEF

BSG Tech denies that OpticsPlanet is entitled to any relief, including the relief requested in its prayer for relief.

**OPTICSPLANET'S DEMAND FOR JURY TRIAL**

35. OpticsPlanet's jury demand is an averment to which no response is required.

Dated: September 22, 2015

Respectfully submitted,

*/s/ David R. Bennett*

By: David R. Bennett
**DIRECTION IP LAW**
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: dbennett@directionip.com
**ATTORNEY FOR PLAINTIFF**
**BSG TECH LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served by e-mail and/or electronic file transfer on September 22, 2015, to counsel of record for defendant.

/s/ *David R. Bennett*
David R. Bennett