**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **BSG TECH LLC,**<br>**Plaintiff,**<br>**v.**<br><br>**AMERICAN MUSICAL SUPPLY, INC.,**<br>**Defendant.** | CIVIL ACTION NO. 2:15-cv-1145-RWS<br>(LEAD CASE) (CONSOLIDATED)<br><br>PATENT CASE |
| v. **OPTICSPLANET, INC.** | CIVIL ACTION NO. 2:15-cv-1153-RWS<br>(CONSOLIDATED) |

**ORDER**

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff BSG Tech LLC and Defendant OpticsPlanet, Inc., is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff BSG Tech LLC and Defendant OpticsPlanet, Inc., are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them. The Clerk is ORDERED to terminate Defendant OpticsPlanet in the lead case, civil action number 2:15-cv-1145, and close the member case, civil action number 2:15-cv-1153.

**SIGNED this 25th day of January, 2016.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE