AO 120 (Rev. 08/10)

| TO: **Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Eastern District of Texas, Marshall Division on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 2:15-cv-1153 | 6/23/2015 | Eastern District of Texas, Marshall Division |

| PLAINTIFF | DEFENDANT |
|---|---|
| BSG TECH LLC | OPTICSPLANET, INC. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 6,035,294 | 3/7/2000 | BSG TECH LLC |
| 2 6,195,652 | 2/27/2001 | BSG TECH LLC |
| 3 6,243,699 | 6/5/2001 | BSG TECH LLC |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff BSG Tech LLC and Defendant OpticsPlanet, Inc., are hereby DISMISSED WITH PREJUDICE. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| David A. O'Toole | Charlene Hinton | 1/25/16 |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

Print Save As... Reset